People v Lyons (2021 NY Slip Op 50867(U))

[*1]

People v Lyons (Anthony)

2021 NY Slip Op 50867(U) [72 Misc 3d 142(A)]

Decided on September 16, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 16, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Brigantti, Hagler, JJ.

570461/19

The People of the State of New York,
Respondent, 
against
Anthony Lyons, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Nicholas W. Moyne, J.), rendered June 7, 2019, convicting him, upon his plea of
guilty, of unlawful possession of marijuana, and imposing sentence.

Per Curiam.
Appeal from judgment of conviction (Nicholas W. Moyne, J.), rendered June 7, 2019,
dismissed, as academic.
Application by petitioner's assigned counsel to be relieved as counsel is granted (see
Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]).
We have reviewed the record and agree with counsel that there are no nonfrivolous issues which
could be raised on this appeal, since defendant's conviction became a nullity by operation of law
pursuant to CPL 160.50(5), effective August 28, 2019.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 16, 2021